UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHAEL JAY DEUSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-131 |
| | ) |
| SHELBURNE LIMESTONE CORP., | ) |
| TRAMPAS DEMERS, DENNIS DEMERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The trial in this matter will be begin on Wednesday, October 21, 2020. In response to public health concerns regarding COVID-19, it is hereby ORDERED that lunch shall be provided by the court for the members of the jury On Wednesday, October 21, 2020, and any day(s) thereafter as the court deems necessary for the duration of the trial.

Dated at Burlington, in the District of Vermont, this 20th day of October, 2020.

Christina Reiss, District Judge
United States District Court